IN THE UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ABELAIDO RAMOS-LOPEZ and HUGO LOPEZ-CHAVEZ, Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LUCA C. ENTERPRISES, INC. and NICU COSTACHE, Jointly and Severally,<br><br>Defendants. | Case No.<br>1:19-cv-00130-MHC |

## NOTICE OF SERVICE UNEXECUTED

Plaintiffs, Abelaido Ramos-Lopez and Hugo Lopez-Chavez, by and through undersigned counsel, Brandon A. Thomas, hereby file this Notice of Service Unexecuted. In support of this Notice, counsel shows the following:

1. On April 17, 2019, Plaintiffs' via a process server, attempted to serve Lucas Dumitru, registered agent of Luca C. Enterprises at his registered address of

1

1223 Olde Lexington Road, Hoschton, Georgia 30548.[1]

2. The process server stated in their affidavit that they went to the registered agent address to serve process, but was advised by a current resident at the address that Lucas Dumitru does not live there.[2]

3. On April 26, 2019, Plaintiffs attempted to serve process on the secretary, Nicu Costache at 2167 Birth Hollow Trail, Lawrenceville, Georgia 30043, via U.S. Registered Mail, return receipt requested, in accordance with O.C.G.A. Section 14-2-504(b).[3]

Dated: May 13, 2019

Respectfully submitted,

**s/ Brandon A. Thomas**
BRANDON A. THOMAS
GA BAR NO.: 742344
The Law Offices of Brandon A. Thomas, PC

---

[1] See Exhibit A – Annual Registration of Luca C. Enterprises, Inc., filed March 20, 2019, listing Lucas Dumitru as registered agent and the agent's address; See also Exhibit B – Affidavit of Service on Lucas Dumitru.

[2] See Exhibit B – Affidavit of Service on Lucas Dumitru by Lathan Nichols, process server for Ancillary Legal Corporation.

[3] See Exhibit C – USPS Tracking information for item no. 70190160000097008086, p. 4. "April 26, 2019, USPS In Possession of Item." Additionally, this exhibit shows on page 4, "Product Information, Features: Certified Mail, Return Receipt Electronic."

        1 Glenlake Parkway, N.E., Suite 650
        Atlanta, GA 30328
        (678) 330-2909
        (678) 638-6201
        brandon@overtimeclaimslawyer.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2019, I filed the foregoing with the Court using the CM/ECF system, and have served it on the Defendants via U.S. Mail.

Respectfully submitted,

**s/ Brandon A. Thomas**
**BRANDON A. THOMAS**
**GA BAR NO.: 742344**
The Law Offices of Brandon A. Thomas, PC
1 Glenlake Parkway, Suite 650
Atlanta, GA 30328
Tel: (678) 330-2909
Fax: (678) 638-6201
brandon@overtimeclaimslawyer.com